E-FILED
Friday, 21 April, 2006  08:14:59 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA



FILED

APR 20 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 06-10030 |
| ) | VIO: Title 18, United States Code, |
| JASON OMAR CASTRO, ) | Section 2113(a) |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about January 27, 2006, at Bloomington in McLean, in the Central District of Illinois, the defendant,

**JASON OMAR CASTRO,**

did, by force, violence, and intimidation, take from the person and presence of employees of Chase Bank, a financial institution at 413 East Washington Street, Bloomington, Illinois, more than $10,000 in United States currency belonging to, and in the care, custody, control, management, and possession of Chase Bank, an institution the deposits of which were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A True Bill.

s/ Foreperson
Foreperson

s/ U.S. Attorney
RODGER A. HEATON
UNITED STATES ATTORNEY

JHC*ksr

1