# United States District Court

___CENTRAL___ DISTRICT OF ___ILLINOIS___

FILED
APR 2 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

JASON OMAR CASTRO

## WARRANT FOR ARREST

CASE NO. 06-MJ-6022

TO:   THE UNITED STATES MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ___JASON OMAR CASTRO___, and bring him
                                         Name

forthwith to the nearest magistrate to answer a complaint charging him with

did by force, violence and intimidation, take from the person and presence of employees of Chase Bank, a financial institution at 413 East Washington, Bloomington, Illinois approximately $10,675.00 in United States currency belonging to, and in the care, custody, control, management, and possession of Chase Bank, an institution the deposits of which were insured by the Federal Deposit Insurance Corporation

in violation of Title ___18___ United States Code, Section(s) 2113(a)

| ___John A. Gorman___ | ___United States Magistrate Judge___ |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/John A. Gorman | ___April 13, 2006   Peoria, Illinois___ |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ___Detention requested___ by ___John A. Gorman, United States Magistrate Judge___
                                                     Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at ___McLean County, IL___

| Date Received 04/17/06 | Name of Arresting Officer Dave Wanderchek + T. Parrish | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 04/17/06 | Title of Arresting Officer S/A's w/FBI | s/ officer |