E-FILED
Wednesday, 17 May, 2006  04:04:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-10030 |
| | ) | |
| JASON CASTRO, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE

Now comes the Defendant, JASON CASTRO, by his attorney, KARL W. BRYNING, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the pretrial conference presently scheduled for June 9, 2006, and the trial, presently scheduled for June 26, 2006, and, in support thereof, states June 19, 2006 as follows:

1.	Defense is currently seeking to review additional discovery;

2.	Counsel is unavailable on the dates of June 9, 2006 and June 19, 2006 due to previously scheduled leave;

3.	Assistant United States Attorney John Campbell was advised of this request and indicated that he had no objection;

4.	In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the pretrial conference and the jury trial to future dates.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the pretrial conference jury trial dates in this cause.

                    JASON CASTRO, Defendant

                    RICHARD H. PARSONS
                    Federal Public Defender

By:    s/ Karl W. Bryning

                    KARL W. BRYNING
                    Assistant Federal Public Defender
                    Attorney for Defendant
                    401 Main Street, Suite 1500
                    Peoria, Illinois 61602
                    Phone: 309/671-7891
                    FAX: 309/671-7898
                    Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. John Campbell, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

                              s/ Karl W. Bryning

                              KARL W. BRYNING
                              Assistant Federal Public Defender
                              Attorney for Defendant
                              401 Main Street, Suite 1500
                              Peoria, Illinois 61602
                              Phone: 309/671-7891
                              FAX: 309/671-7898
                              Email: karl_bryning@fd.org