Dear Judge

This is a letter that I would have never anticipated writing. Because of the emotion that I am filled with about it's subject matter, there is also no way that the complete point of what I want to say will come across in writing. I can only hope that the things I say will help explain how I feel, to whoever needs to know.

I am the Grandmother of Jason Omar Castro. I have been his Grandmother all his life, and I've done the best I can to provide him with the knowledge and the necessities that are the foundation for the rest of his life. *Throughout his life I have taught him that honesty and integrity are two of the most important values that any person can have. I have also taught him that leadership is a very important quality, rather than being a sheep, and not an individual.*

My grandson has never been the type of student to get "outstanding" grades in school, and he'll honestly admit that learning new things can sometimes be difficult, depending on the way that it is taught. He is, however, very smart when he applies himself.

In 2000, my grandson began to have various problems with the law, and was visiting the jail, quite regularly. Because of the visits to the jail, some of the programs, which were scheduled during school hours, he began to *miss some school. There were also various days that he would be in too much trouble to go to school. When he* would return, he would try to catch up on the work that he had missed.

After 10 days of being absent, we were informed that he would not be getting any credits in his classes. From that point on, I could see that the urge to "want" to do well had disappeared, because even if he "did" attend school every day, from that point on, and passed his classes, the credits would not be given to him, and he would end up taking the classes over.

The fact is that the law problems continued (and still continue, to this day), and he had to miss even more school.

Jason is a very bright man who could have a bright future. Jason was dealt a very bad card in life and since birth has had to deal with one let down after another. Jason doesn't need prison Sir but education. He could be a judge himself, he is just that smart.

I don't understand how turning over custody to the federal department of corrections and taking away my rights as his grandmother will help his situation, at all. To take a child with medical problems away from the people who have loved and cared for him, his whole life, and place him in the custody of an impersonal "department" would do more harm than good. Jason has ADD and was taking the medications when he was with me. Jason has a drug problem that needs to be addressed. Jason needs what life has never dealt him and that's a break. He needs help! Not Prison!

If this were a case of a real bad offense where he raped a person or even killed a person, I could understand the need for something to be done to help the child by keeping the street safe of him, but that's not what this is. In trying to help my grandson, I am as his Grandmother,being punished, and the government entities behind what's happening will end up doing more harm than good, no matter how this ends up.

Jason has a family that loves him very much. He did make a mistake. He should pay for it, that I do understand but Judge I ask that you realize that he is young and what he did was stupid. But to please notice how hard it has been for him since birth. He is a good child. Please send him here to Florida as close to Fort Walton Beach, florida and you can because he needs support and love. We have plenty!

Yet, if there is a prison that will give him education and teach him how to make a living then I ask that you send him there. We all want what is best for him. His fate is in your hands.

Sunday, October 15, 2006 America Online: GladysQuinn

Sincerely Yours

*Carmen Luna*

Carmen Luna

850-499-4072

06-10030

LC Benson

8124 Hartington Drive

Navarre, Florida 32566

850-936-5186


Re: Jason Omar Castro

# To Whom It May Concern:

# Dear Judge,

My name is LC Benson. I have known Jason Castro for 16 years. I know that Jason was not in his right mind at the time of the robbery. I know that Jason has had a drug problem in his past and I'm very sure that it had a lot to do with his actions. This letter is not to ask you to be lenient, fair, just, or enabling to Jason Omar Castro. This letter is not about Jason Omar castro. per se, but about you and how you perceive the seemingly recalcitrant addicts who come before you in your courtroom, how you perceive drug addiction and addicts so that you might have the needed insight and wisdom necessary to deal with Jason and other addicts in a way that will preserve public safety and help some addicts at the same time.

The most thorough way to get my message across is to ask you to read the book, Hypoic's Handbook, the book that explains in an objective way the neurobiology of addictions and why addictions are symptoms of a disease that can't be controlled by its victims or society until they are understood in a completely new and different light, the light of science; the science and its implications that only exist in the book, nowhere else. And then, not controlled but surrendered voluntarily, something Jason can't do because he doesn't know about the disease that requires this approach to recovery. In fact, both you and Jason are attempting to fight an unfightable disease, inevitably losing, and misunderstanding why. Both of you consciously want to win, but the funny thing about addictions, as you will see if you are willing to read and study the written material, is that you two can only win by losing; surrendering to a foe that can't be beaten, the disease that causes addictions and all its abominable related behavior. Surrender of control is the only way to recovery from addictions because of the way the human brain is organized and works in producing addictions. This last sentence is the reason we, as a country, are handling addictions and addicts incorrectly and failing despite trying harder and harder to control them. Instead of surrendering and admitting defeat, we erringly persist in trying to defeat the disease and coerce its victims.

Have you ever tried defeating a disease with will power? Name a disease that yields to the power of the human will. There is none, and the disease causing addictions, Hypoism, is no different. The only way to help patients with diseases is to first understand the diseases, and then to use that understanding to devise relevant recoveries. This simple sequence is not happening in addictions because the understanding of the disease is wrong primarily. How can recovery follow from a misunderstanding of a disease? It can't. This is why both you and Jason are failing; you're attempting to force recovery from a position of ignorance about the disease.

You and others say, "But many people stop their addictions this way, and we must continue to do it this way." This is a misinterpretation of what is happening. Some percentage of addicts stop their addiction through force, but they are not in recovery from the disease, the disease that causes their addictions and other behaviors too, and are subject to a high rate of relapse and even switching addictions. Stopping an addiction does not equal recovery from the disease because the addiction is

not the disease. An addiction is a symptom of the disease. We, addicts and society, must deal with the disease instead of the individual addictions for real, effective, and prolonged recovery to occur. Only this kind of recovery will produce the kind of thorough benefits to addicts and society that we all desire but are unwilling to obtain because we are unwilling to change our thinking and understanding of addictions to get them. Thus, I ask you to read the book before dealing with Mr. Castro.

You say, "But addictions are willful misbehaviors. And, even if addiction is a disease or part of a disease, recovery is a matter of will. Relapse is willful as well."

What disease is a willful misbehavior? None. Addictions are misinterpreted as willful misbehaviors only because we can't conceive of any behavior not being willful. Because of this misperception we then force addicts to accept responsibility and punishment for their addictive behaviors as we do to all people who behave badly. Victims of what other disease are perceived this way? Leukemics? Heart attack victims? Cancer victims? Diabetics? Rheumatoid arthritis? Multiple Sclerosis? Seizure victims? Manic Depressives? Schizophrenics? Alcoholics? Homosexuality? When was the last time you put one of these victims in prison for just having their disease or relapsing after treatment absent interpersonal damage? Or, mandating them to prison for treatment? Never. Why? Because you understand these to be real diseases despite many of them causing potential danger to the patients and to society.

Perception of addictions, despite all the talk about their being diseases, is still biased by moral and superstitious coloration much like many other disease once were. Even addicts see themselves in exactly this way because their perceptions of themselves are biased by the same beliefs. Thus, the need for religious based recovery so prevalent today; the need for forgiveness from god to achieve recovery. What other disease requires forgiveness from god or man to achieve recovery? None.

Addictions stem from a physiological mechanism that can be recovered from if they are understood as such, just like all other symptoms of diseases. That this understanding doesn't exist today is our fault, not Jason's. Despite all the words that come from his mouth, and all his promises, he has no idea what is happening to him. His failure at recovery is not his fault, but ours. We have been steadfastly insisting that we understand addictions and their recovery when we don't. Thus, when an addict fails to recover when and how we tell them to, we punish them. This makes as much sense as punishing a leukemic who relapses.

The fact is, we don't understand addictions as based upon the current paradigm. Hypoism, a quantum leap in addiction theory, however, does understand addictions. Its individual and societal benefits will only come to pass when we acknowledge this and switch paradigms. A good beginning would be made in this direction if you would take the time and make the effort to study Hypoism and use its science and wisdom into addictions to deal with Mr. Castro. That's all I ask. Please take the time to learn about addictions from a paradigm that makes biological sense and whose implications will help all of us to find solutions to addictions that will finally be both effective and obvious despite any residual prejudices we might have against addicts. Someday even these biases will disappear as they have with other diseases wrongly misunderstood from the past.

Sincerely Yours,

L C Benson
*L C Benson*
850-936-5786

# Gladys Quinn, letter to sentencing judge in the Jason Omar Castro Case

8124 Hartington Drive
Navarre, Florida 32566

To The Honorable Judge in this case

I am Gladys Quinn, the Aunt of jason Omar Castro. I have had custody of Jason Omar Castro since 2003 of course I have however known him his whole life. Having interacted with Jason nearly every day since taking the responsibility of his custody, I became his mentor, I have been impressed by his brilliance, productivity, and personal qualities. At the time of his arrest, jason had completed his high school education because I homeschool, I was happy to hear that he had made his first steps in becoming a good man in our society. . I am deeply shaken and saddened by the verdict, and I am writing to respectfully request the Court to reconsider the verdict or to impose the most lenient sentence possible.

I first recieved custody of Jason, when he would have been a junior in High School. Jason came highly recommended by his teacher, and his fcat scores were in the top 25% of the country. When Jason moved to Fort Walton Beach, Florida, I was immediately impressed by the depth of his knowledge. I gave him a small monograph on science and some journal articles, expecting that this would be difficult reading for him, but hoping that he might learn some general aspects of the work I except in my homeschooling class. I did not expect him to return for a long time, but he called within a couple of hours to talk again. He walked into my room with a list of specific questions about the experiments, and it was clear that he had read the entire monograph and had understood the journal articles to a remarkable degree. I was quite impressed and accepted him to be a student of mine instead of putting him in public school that summer. He made good progress working on his own.

Jason Castro is very smart and with help could become a real "somebody", instead of feeling like a nobody. He has a family that loves him dearly. Jason has been bounced from home to home and has had to deal with many many bad situations. He has had no stability in his life. When he came to live with me, he was already in the system thus making it very hard to help him. He attracts bad company due to his need to belong. He doesn't trust adults because they have always let him down. His mother had mental issues which inculded Multipresonalities. She also was in a violent relationship. Jason never knew his father. His grandmother was unstable. She never stayed in one home more than 2 years. He lived in Puerto Rico, Chicago, Bloomington, Illinois, Texas, back to Illinois, Mississippi, California, Miami Florida and then Fort Walton Beach, then to Navarre, Florida and Back to Bloomington. He also went in and out of programs in between time.

After joining my family, Jason had an immediate and significant impact on our kids. In addition to his dedication to his own work, Jason was always generous with his time, willing to help others, and often volunteering to do the work for them. Even during their development, Jason's help have proved to be valuable to the work of other members of my family and to kids from other families. Jason was also highly sought after by friends, students, and co-workers because he was always very friendly and helpful. Often these requests were a considerable burden on his time, but Jason never hesitated to help, nor did he request any compensation. Jason spent a considerable amount of time helping other individuals, both in my home and in other homes, with their yard work. Jason has been a mentor to many. If you were to take the time to get to know Jason you would find that Jason is truly remarkable.

Jason, and I can say this proudly is NOT a criminal. He is a boy that fell into the system and has had a hard time getting out and staying out due to his habits. I very much enjoyed having Jason as a family member and as a student. We talked about his life and exchanged ideas nearly every day for the 2 years he was in my home. I looked forward to our meetings. He was a significant intellectual force in my home, and his ideas and comments sparked our family meetings. Jason was interactive and well-liked by the kids and my husband, not only in my family but also in other families. Interactions with Jason were always pleasant. I never saw him angry, and only rarely did he display any annoyance. Whenever Jason critiqued the work of another family memeber, it was always done with a gentleness and sensitivity to the feelings of the recipient, particularly with my girls (8 year old twins). I have seen Jason become embarrassed when one of the kids were inadvertently

made uncomfortable by his comments.

When Jason moved back to Bloomington he intended to change his life and do right by the laws. Jason has a 18 year old sister who is about to have her first child. She intends to name the child after him. Jason has cousins who look up to him and adore him. Jason is a victim of his upbringing. Jason has had to go without a lot in life. Many times his grandmother had no money and even food was a gift. I don't say this to tug at your heart but to state a fact. Jason has really been on his own since he was about 9 years old. There were not set rules that had to be followed. There was no stable home. Please think of the good that jason has done which is more than I could have time to list. He has a great side too. Again Jason is not a criminal. Jason has always been very honest and caring.

My own observations of Jason over the several years that I have known him lead me to believe that he is not capable of harming or injuring anyone. The Jason that I know has never demonstrated any characteristic or subtle quirk to indicate that he could be a danger to anyone. In addition, Jason has demonstrated his potential to be an enormously creative and productive member of society. It is for these reasons that I am immensely saddened by the verdict. I respectfully request that you consider these comments in deciding Jason's future.

Thank you for your attention.

Very sincerely yours,

*Gladys Quinn*
850-936-5186