E-FILED
Thursday, 30 November, 2006 11:45:07 AM
Clerk, U.S. District Court, ILCD

NOV 30 2006

\_\_\_\_\_, Clerk
\_\_\_ CT COURT
_____ICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: Jason Castro

Case Number: 06-10030

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-Sentence Report (document number 09), Sentencing Recommendation (document number 10) and Statement of Reason(s) Page (document number 12) were returned to the U.S. Probation Office on 11/27/06.

Received by:

S\ Douglas L. Heuermann
U.S. Probation Office
Date: 11/30/06