IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-10030 |
| | ) |
| JASON O. CASTRO, | ) |
| | ) |
| Defendant. | ) |

### RULE 35 MOTION

Now comes the United States of America by Rodger A. Heaton, United States Attorney, and John H. Campbell, Assistant United States Attorney, for the Central District of Illinois, and pursuant to Federal Rule of Criminal Procedure 35 hereby moves to reduce defendant's sentence in the above-styled case.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    RODGER A. HEATON
    UNITED STATES ATTORNEY


     s/: JOHN H. CAMPBELL
    JOHN H. CAMPBELL
    Assistant United States Attorney
    One Technology Plaza, Suite 400
    211 Fulton Street
    Peoria, Illinois 61602
    Telephone:  (309) 671-7050

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2007, I electronically filed the foregoing Rule 35 Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

      Karl W. Bryning
      Assistant Federal Defender
      401 Main Street
      Suite 1500
      Peoria, IL 61602

      U.S. Probation
      100 NE Monroe
      Peoria, IL 61602

      s/: Margo Scamp
      Legal Assistant